STATE ATHLETIC COMMISSION *v.* DORSEY.

No. 787. Decided May 25, 1959.

*Jack P. F. Gremillion,* Attorney General of Louisiana, *George Ponder,* First Assistant Attorney General, and *William P. Schuler,* Assistant Attorney General, for appellant.

*Prudhomme F. Dejoie, Thurgood Marshall, Jack Greenberg* and *James M. Nabrit III* for appellee.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

IN RE SARNER.

No. 803. Decided May 25, 1959.

*Aaron W. Nussman* for appellant.

*David D. Furman,* Attorney General of New Jersey, and *David M. Satz, Jr.* and *Morton I. Greenberg,* Deputy Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.